In the Matter of the Application of ALBERT B. SCHULTZ for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the ANNUAL CORPORATE MEETING AND ELECTION OF TRUSTEES OF THE WASHINGTON AVENUE BAPTIST CHURCH.— On the motion for a stay, the court orders that the appeal from the order be and hereby is set down for argument for Friday, May 6, 1927, at ten o'clock A. M., to be heard on the original papers.    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK R. BOYLAN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default.    Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

JAMES BENVENGO, Respondent, v. MARIA BARBELLO, etc., Appellant. GARMARIE BARMANGO and Others, Defendants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MEYER BERFOND, Appellant, v. JOHN F. NEWMAN, Respondent.— Motion to dismiss appeal granted.    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BERKEL REALTY Co., INC., Appellant, v. ROBERT F. HOCKENJOS, Respondent.— Motion to dismiss appeal denied for failure on the part of the moving party to comply with rule 12.*    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

GEZA D. BERKO, Respondent, v. SAMUEL ZIERLER, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents. MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents. MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion to dismiss appeal from order dated March 17, 1927, fixing allowance to plaintiff's attorney, denied, on condition that appellant perfect the appeal for Friday, May 13, 1927 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motions to dismiss remaining appeals may be renewed at the hearing on May thirteenth.    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BENJAMIN COHEN, Respondent, v. LOUISE B. DEMOTT, Appellant.— Appellant's motion for additional time to file case and for a direction that plaintiff file certain exhibits in the office of the county clerk, denied. The appeal taken by defendant is dismissed for failure of appellant to comply with the previous order of this court to perfect the appeal by May 2, 1927.    Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.